## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SPARK ORTHODONTICS,**<br>**Plaintiff,** | **MISCELLANEOUS ACTION** |
| v. | |
| **ORMCO CORPORATION,**<br>**Defendant.** | **NO.  20-117** |

### O R D E R

**AND NOW**, this 14th day of January, 2021, upon consideration of eight (8) Applications to Issue Subpoena to Produce Documents, Information, or Objects (Document Nos. 1, 2, 3, 4, 5, 6, 7 and 8, filed December 24, 2020), no objections having been filed, **IT IS ORDERED** that the Applications to Issue Subpoena to Produce Documents, Information, or Objects are **APPROVED**.  The Subpoenas attached to the Applications shall be issued by the Clerk of Court.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**