# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re Application Serial No. 87/760,631
Filed: January 18, 2018
For the Mark: SPARK
Published in the Official Gazette: March 26, 2019

|  |  |
|---|---|
| SPARK ORTHODONTICS, P.C., | ) |
| Opposer, | ) ) Civil Action No.: 2:20-mc-00117-JD |
| v. | ) ) |
| ORMCO CORPORATION, | ) ) |
| Applicant. | ) |

## **ORDER**

AND NOW, this 3rd day of March, 2021, upon consideration of Movants Dr. Robert Gire, Dr. Jeffrey Heinz, Dr. Michael J. Mayhew, Dr. Andre Nazarov, Meredith Peterik, Dr. Stanley Robison, Dr. Michael DePascale, and Dr. Bill Dischinger's Motion for Leave to File Reply in Further Support of Motion for Limited Intervention and to Quash ("Movants' Motion"), it is hereby

ORDERED that Movants' Motion is granted; and it is further

ORDERED that the reply brief attached to Movant's Motion shall be deemed filed as of March 2, 2021.

/s/ Hon. Jan E. DuBois
DuBois, J.